IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:08-CV-251-FDW-DCK

JAMES M. HARRINGTON,

    Plaintiff,

vs.

CIBA VISION CORPORATION,

    Defendant.

## ORDER GRANTING APPEARANCE OF THOMAS P. STEINDLER *PRO HAC VICE*

IT APPEARING to the Court that Thomas P. Steindler of Washington, DC meets the requirements for admission *pro hac vice* and that he is in good standing and eligible to practice in all courts to which admitted;

IT IS, THEREFORE, ORDERED by the Court that the Application for Admission of Thomas P. Steindler *pro hac vice* is hereby granted.

Signed: June 23, 2008

David C. Keesler
United States Magistrate Judge