# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

### DOCKET NO. 3:08-cv-251-FDW

| | |
|---|---|
| JAMES M. HARRINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| CIBA VISION CORPORATION, ) | |
| ) | |
| Defendant. ) | |

TAKE NOTICE that this matter has been set for hearing on Defendant's Motions to Dismiss (Doc. No. 16) to be held at **9:00 a.m.** on **March 26, 2009**, in Courtroom #3 of the Charles R. Jonas Federal Building in Charlotte, North Carolina. Oral arguments will be limited to twenty (20) minutes per side. As the United States government has intervened in this case, it shall also send a representative to the hearing.

The Clerk is directed to forward copies of this Order to counsel of record and to the United States Attorney.

IT IS SO ORDERED.                Signed: March 4, 2009

                                                            Frank D. Whitney
                                                            United States District Judge