IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| JAMES M. HARRINGTON,<br><br>        Plaintiff,<br><br>vs.<br><br>CIBA VISION CORPORATION<br><br>        Defendant. | Case No. 3:08-CV-00251 |

## ORDER GRANTING APPEARANCE OF
## M. MILLER BAKER *PRO HAC VICE*

IT APPEARING to the Court that M. Miller Baker of Washington, DC meets the requirements for admission *pro hac vice* and that he is in good standing and eligible to practice in all courts to which admitted;

IT IS, THEREFORE, ORDERED by the Court that the Application for Admission of M. Miller Baker *pro hac vice* is hereby granted.

Signed: March 20, 2009

David C. Keesler
United States Magistrate Judge