IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| JAMES M. HARRINGTON, <br><br> Plaintiff, <br><br> vs. <br><br> CIBA VISION CORPORATION <br><br> Defendant. | Case No. 3:08-CV-00251-FDW-DCK |

**ORDER GRANTING APPLICATION FOR**
**ADMISSION OF JOSHUA DAVID ROGACZEWSKI *PRO HAC VICE***

IT APPEARING to the Court that Joshua David Rogaczewski of Washington, DC meets the requirements for admission *pro hac vice* and that he is in good standing and eligible to practice in all courts to which admitted;

IT IS, THEREFORE, ORDERED by the Court that the Application for Admission of Joshua David Rogaczewski *pro hac vice* is hereby granted.

Signed: July 14, 2009

David C. Keesler
United States Magistrate Judge