UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| Harrington, | ) | No. 3:08cv251 |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | ORDER |
| CIBA Vision Corporation, | ) | |
| Defendant | ) | |

Defendant has appealed United States Magistrate Judge David Keesler's Order of October 22, 2009 (Doc. No. 66), directing Defendant to provide certain discovery to Plaintiff.

The Court has reviewed the record regarding the discovery dispute.

The Court in all respects affirms the Magistrate Judge Keesler's Order. Defendant is ordered to comply with the Magistrate Judge's ruling forthwith.

IT IS SO ORDERED.

Signed: November 5, 2009

Frank D. Whitney
United States District Judge