IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:08-cv-00251-W

| | |
|---|---|
| JAMES M. HARRINGTON,               ) | |
|                                                             ) | |
| Plaintiff,                      ) | |
|                                                             ) | |
| vs.                                            ) | NOTICE OF HEARING |
|                                                             ) | |
| CIBA VISION CORPORATION,    ) | |
|                                                             ) | |
| Defendant.                   ) | |
|                                                             ) | |

TAKE NOTICE that a final pretrial conference has been **rescheduled** and will take place before the undersigned United States District Judge, to be held at **8:00 a.m.** on **Tuesday, April 27, 2010**, in Courtroom #1 of the Charles R. Jonas Federal Building in Charlotte, North Carolina.

IT IS SO ORDERED.

Signed: April 19, 2010

Frank D. Whitney
United States District Judge