# United States District Court
# For The Western District of North Carolina
# Charlotte Division

James M. Harrington,

    Plaintiffs,

vs.

CIBA Vision Corporation,

    Defendants.

JUDGMENT IN A CIVIL CASE

3:08-cv-251-FDW

DECISION BY COURT.  This action having come before the Court by Bench Trial and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 21, 2010 Order.

    Signed: July 21, 2010

Frank G. Johns, Clerk
United States District Court